Julius Marqusee, Respondent, v. Norfolk Fire Insurance Corporation, Appellant. Kline Brothers and Company, Respondent, v. The Hanover

Fire Insurance Company of the City of New York, Appellant. Kline Brothers and Company, Respondent, v. Ottawa Fire Insurance Company, Appellant. Kline Brothers and Company, Respondent, v. Missisquoi and Rouville Mutual Fire Insurance Company, Appellant. Kline Brothers and Company, Respondent, v. The Montmagny Mutual Fire Insurance Company, Appellant.— Judgments reversed and new trials ordered, with costs to appellants to abide event, on *Royal Insurance Co., Ltd.,* v. *Kline Bros. & Co.* (198 Fed. Rep. 468). Orders to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

George Colon and Patrick F. Hartnett, Appellants, v. Joseph King Construction Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Champion Coated Paper Company, Appellant, v. Thomas H. Reynolds and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.